DAVID Z. ARAKAWA, 2908
Corporation Counsel
JAMES C. BUTT, 4633
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:   523-4702
Facsimile:   523-4583
E-mail: jbutt@co.honolulu.hi.us

Attorneys for Defendant
CHARLES R. SKAGGS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 5 2004

at 9 o'clock and ___ min. A M
WALTER A.Y.H. CHINN, CLERK

LODGED

OCT 0 1 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JEROME D. TRAVERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Officer Charles R. Skaggs, DOES 1-10,<br><br>　　　　Defendants. | CIVIL NO.:  CV04-00407 HG/LEK<br><br>STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE; ORDER |

i:\travers\stipulation for dismissal

STIPULATION FOR DISMISSAL
OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all of the parties who have appeared in this action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate to

dismiss all claims, with prejudice, with each party to bear his own attorneys' fees and costs.

There are no remaining claims and/or parties. The trial in this matter was not set.

All appearing parties herein have indicated their approval and have signed this stipulation.

DATED: Honolulu, Hawai'i, SEP 3 0 2004.

DAVID Z. ARAKAWA
Corporation Counsel

By: _____
JAMES C. BUTT
Deputy Corporation Counsel
Attorney for Defendant
CHARLES R. SKAGGS

_____
CLAYTON KIMOTO, ESQ.
Attorney for Plaintiff

_____
JACK SCHWEIGERT, ESQ.
Attorney for Plaintiff

APPROVED AND SO ORDERED:

HELEN GILLMOR
_____
Judge of the above-entitled Court

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil No. CV04-00407 HG/LEK
Jerome D. Travers v. Officer Charles R. Skaggs, Does 1-10
Stipulation for Dismissal of All Claims and All Parties with Prejudice; Order